**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| GRETA REAFSNYER, | ) | No. SACV 11-659-CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: November 2, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge